UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM H. THEDERS, JR.,

    Petitioner,

v.

SANDRA CARTER,

    Respondent.

Case No. C06-779-RSL-JPD

ORDER DENYING THIRD MOTION FOR EXTENSION OF TIME TO ANSWER PETITION, DIRECTING ANSWER BY NOVEMBER 9, 2006, AND ORDER TO SHOW CAUSE

The Court, having reviewed Respondent's Third Motion for Extension of Time to Answer Petition, Dkt. No. 19, does hereby find and ORDER:

(1) Respondent's Third Motion for Extension of Time to Answer Petition (Dkt. No. 19), insofar as it seeks an extension until November 13, 2006, is DENIED. By Order dated October 18, 2006, this Court granted respondent a second extension of time to answer the petitioner's § 2254 petition, directing an answer to be filed no later than November 6, 2006, and stating that "[n]o further extensions to answer petitioner's petition will be granted." Dkt. No. 17. On November 7, 2006, respondent filed the present motion. Dkt. No. 19.

(2) Respondent's Answer is due on or before **November 9, 2006**.

(3) Should respondent fail to file her answer by that date, respondent is directed to SHOW CAUSE as to why she should not be held in contempt for violating this Court's Order dated October 18, 2006.

(4) The Clerk of the Court is instructed to send uncertified copies of this Order to counsel for both parties.

DATED this 7th day of November, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge