UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WILLIAM H. THEDERS, JR., | ) | Case No. C06-779-RSL |
| Petitioner, | ) | |
| v. | ) | |
| SANDRA CARTER, | ) | ORDER OF DISMISSAL |
| Respondent. | ) | |

The Court, after careful consideration of petitioner's § 2254 petition for writ of habeas corpus, the answer of the respondent, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition (Dkt. No. 1) is DENIED and the above-captioned case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 26th day of July, 2007.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DISMISSING § 2254 PETITION